■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRY C. PEARSON, Appellant. [810 NYS2d 267]—Appeal from a judgment of the Erie County Court (Michael F. Pietruszka, J.), rendered May 27, 2004. The judgment convicted defendant, after a nonjury trial, of perjury in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting her, after a nonjury trial, of perjury in the first degree (Penal Law § 210.15). Defendant failed to renew her challenge to the alleged legal insufficiency of the evidence after she presented a defense and thus failed to preserve for our review her contention that the conviction is not supported by legally sufficient evidence (*see People v Hines*, 97 NY2d 56, 61 [2001], *rearg denied*

97 NY2d 678 [2001]; *People v Williams*, 17 AD3d 1043, 1045 [2005], *lv denied* 5 NY3d 811 [2005]). In any event, the evidence is legally sufficient to establish each element of the crime (*see generally People v Bleakley*, 69 NY2d 490, 495 [1987]), i.e., that defendant intentionally made a false statement that she did not believe to be true (*see* Penal Law § 210.00 [5]), and that the statement consisted of sworn testimony that was material to the proceeding in which it was made (*see* § 210.15). We further conclude that the verdict is not against the weight of the evidence (*see generally Bleakley*, 69 NY2d at 495). Finally, the sentence is not unduly harsh or severe. Present—Kehoe, J.P., Martoche, Smith, Pine and Hayes, JJ.